JAMES D. RIDDET (SBN 39826)
STOKKE & RIDDET
A Law Corporation
3 Imperial Promenade, Suite 750
Santa Ana, CA 92707
Telephone: (714) 662-2400
Facsimile:  (714) 662-2444
E mail: Jriddet@stokkeriddet.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 00-994- RMT |
| Plaintiff, | [~~PROPOSED~~] ORDER TO TERMINATE SUPERVISED RELEASE |
| vs. | |
| BONNIE METZ, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT the supervised release by United States Probation of defendant Bonnie Metz be terminated forthwith.

Dated: April 15, 2008

_____
ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE

1

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 3 Imperial Promenade, Suite 750, Santa Ana, CA 92707.

On __4/2/08_____, I served the foregoing document described as:

[PROPOSED] ORDER TO TERMINATE SUPERVISED RELEASE

on interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Paul Stern | Terry Ginsburg |
| Assistant United States Attorney | United States Probation Officer |
| 312 North Spring Street | 411 W. 4th Street |
| Los Angeles, CA 90012 | Santa Ana, CA  92701 |

<u>XXX</u>  VIA FACSIMILE

____   BY PERSONAL SERVICE:
   I delivered such envelope by hand to the offices of the addressee.

XXX BY MAIL:
   I deposited such envelope in the mail at Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

____   BY FEDERAL EXPRESS

Executed on ___4/2/08_____, at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   __/s/_____
   PAMELA S. KRALICH

2